# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **Mark McGriff, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,** | )<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| vs. | ) CASE 2:18-cv-184-JVB-JEM |
| **8 ACES CONSTRUCTION, INC.,** | )<br>)<br>) |
| **Defendant.** | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, on behalf of the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,** by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**, and Defendant **8 ACES CONSTRUCTION, INC.**, by its attorneys, **ZAMUDIO LAW PROFESSIONALS PC**, hereby file their Stipulation to Dismiss With Prejudice representing to the Court that all issues and controversies have been fully and finally resolved.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Moss | /s/ Kimberly L. Roethler |
| Counsel for Plaintiffs | Counsel for Defendant |
| Thomas E. Moss | Kimberly L. Roethler |
| Paul T. Berkowitz & Associates Ltd | Zamudio Law Professionals PC |
| 123 W Madison Street, Suite 600 | 233 S Colfax St |
| Chicago, IL 60602 | Griffith, IN 46319 |
| 312-419-0001 | 219-924-2300 |
| 312-419-0002 (fax) | 219-924-2401 (fax) |
| tom@ptblaw.com | kim@zlawpro.com |
| Attorney No. 10204-45 | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> kim@zlawpro.com
> dan@zlawpro.com

                                      /s/ Thomas E. Moss

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois 60602
P: (312) 419-0001
F: (312) 419-0002
Attorney ID #19025-49
Attorney ID #10204-45
paul@ptblaw.com
tom@ptblaw.com